IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LYNETTE COOPER, | * | |
| | * | |
| Plaintiff | * | CIVIL ACTION NO. |
| v. | | 1:22-cv-00857-JMC |
| | * | |
| MR. TIMMINS et al, | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM OPINION AND ORDER

Presently before the Court is Plaintiff's Motion to Waive Cost for Document Cost (ECF No. 54). Plaintiff requests that the Court waive the cost that would accompany any printing performed by the Clerk's Office on behalf of Plaintiff. In her Motion, Plaintiff provides no indication as to which documents from the docket she will be requesting for printing, and due to her pro se status, Plaintiff is without access to the electronic docketing system. However, located within the Court are public terminals through which Plaintiff can search the docket entries and choose which documents she requires the Clerk's Office to print. Therefore, it is this 21st day of October 2022 hereby ORDERED that:

1. Plaintiff's Motion to Waive Cost for Document Cost (ECF No. 54) is DENIED;

2. Plaintiff is directed to utilize the public terminals located in the Court for the purpose of choosing which documents she requires the Clerk's Office to print; and

3. Plaintiff shall pay the 10 cents per page cost for the documents she wishes to print.

/s/
The Honorable J. Mark Coulson
United States Magistrate Judge
for the District of Maryland